# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1933. LINCOLN & KATHERINE WILLIAMS IRREVOCABLE TRUST et al. v. DELIVERANCE TEMPLE CHURCH OF GOD IN CHRIST OF ATLANTA.**

The appellee, Deliverance Temple Church of God in Christ of Atlanta, commenced this action seeking declaratory judgment voiding a recorded quitclaim deed that conveyed title to certain real property to the appellants, and ordering the filing and recording of a warranty deed conveying the subject property to the appellee. On September 30, 2014, the superior court granted the appellee's motion for judgment on the pleadings, granting the exact relief sought by the appellee. The appellants then filed a timely notice of appeal to this Court.

Under Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (1), the Supreme Court has the general appellate jurisdiction over cases involving title to land. In the instant case, the action was brought to invalidate an existing recorded deed in favor of the appellants, and instead record a warranty deed conveying the subject property to the appellee, and the superior court did exactly that. As such, this appeal involves title to land, and jurisdiction lies with the Supreme Court. See *Hayes v. Howell,* 251 Ga. 580, 581 (1) (308 SE2d 170) (1983); *Grand Lodge of Ga. &c. v. City of Thomasville,* 226 Ga. 4 (1) (172 SE2d 612) (1970).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  11/12/2015
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*